**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00323-REB-MJW

MARY MELLON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

ANTHEM, INC., and
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC,.

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY

**Blackburn, J.**

The matter is before me on **Defendants' Unopposed Motion To Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion** [#7],[1] filed March 4, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendants' Unopposed Motion To Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion** [#7], filed March 4, 2015, is granted; and

2. That this action and all deadlines are **STAYED** until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617, and either a

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or, if centralization is denied, twenty-one (21) days after the JPML acts.

      Dated March 6, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge